**FILED**

12/20/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0356

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 23-0356

STATE OF MONTANA,

      Plaintiff and Appellee,

  v.

DONALD ARRON HESSER,

      Defendant and Appellant.

## GRANT OF EXTENSION

Upon consideration of Appellee's motion for a 30-day extension of time, and good cause appearing therefor, Appellee is granted an extension of time to and including January 19, 2024, within which to prepare, file, and serve the State's response brief.

**TKP**

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
December 20 2023